

**Joseph & Norinsberg**
Fighting for Employee Justice

| | | |
|---|---|---|
| **Downtown Manhattan Office**<br>One World Trade Center, 85th Floor<br>New York, New York 10007 | **Midtown Manhattan Office**<br>825 Third Avenue, Suite 2100<br>New York, New York 10022 | **Newark Office**<br>One Gateway Center, Suite 2600<br>Newark, New Jersey 07102 |
| **Philadelphia Office**<br>1650 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | **Boston Office**<br>225 Franklin Street, 26th Floor<br>Boston, Massachusetts 02110 | **Orlando Office**<br>300 N. New York Avenue, Suite 832<br>Winter Park, Florida 32790 |

**Jarret Bodo, Esq.**
jarret@employeejustice.com

December 8, 2025

**_Via ECF Only_**
The Honorable Lewis J. Liman
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 18A
New York, New York 10007

   Re: **_Lowther v Westhab, Inc., Case No. 1:25-cv-08058-LJL_**

Dear Judge Liman:

   We represent Plaintiff Regina Lowther in the above-referenced putative class/collective wage and hour action. We write in response to your Honor's request for Plaintiff to submit a letter to the Court as to whether any facts relevant to Plaintiff's claims occurred in a county in this District other than the Northern Counties. After looking into this concern, Plaintiff believes that the Court is correct in that this matter should be transferred to the White Plains Courthouse.

   We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      _Jarret Bodo_

      JARRET BODO, ESQ.